11121.  THOMPSON *v.* ASA G. CANDLER INC. *et al.*

BROYLES, C. J.  1. Under all the facts of the case the court did not err in excluding the documentary evidence offered by the plaintiff.

2. The evidence adduced by the plaintiff failed to prove as against any

of the defendants any act of negligence as alleged in the petition as amended. The court therefore properly awarded a nonsuit.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MARCH 3, 1920.

Action for damages; from city court of Atlanta — Judge Reid. October 21, 1919.

*Mark Bolding, J. Caleb Clarke,* for plaintiff.

*Candler, Thomson & Hirsch, Roy Lewis,* for defendant.